**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

<u>Southern</u> District of <u>Texas</u>
(State)

Case number (*if known*): _____ Chapter <u>11</u>

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Viridis Chemical, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   8 5 – 2 5 9 0 5 2 3

4. **Debtor's address**

   **Principal place of business**

   4582 Kingwood Dr.
   Number     Street

   Suite E #152

   Kingwood          TX     77345
   City              State  ZIP Code

   Harris County
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City              State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   1324 Southwest Monarch St.
   Number     Street

   Peoria            IL     61602
   City              State  ZIP Code

5. **Debtor's website** (URL)

   https://viridischemical.com

Debtor   **Viridis Chemical, LLC**
_____     Case number (*if known*)_____
Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

3   2   5   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                                           MM / DD / YYYY

           District _____   When _____   Case number _____
                                                           MM / DD / YYYY

Debtor    Viridis Chemical, LLC _____     Case number (if known)_____
       Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor    See Rider 1 _____     Relationship _____

District _____     When _____
                                         MM  /  DD  / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No.  See Rider 2.

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

        **Why does the property need immediate attention?** *(Check all that apply.)*

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

          What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____
                          Number       Street

            _____

            _____     _____
            City                            State ZIP Code

        **Is the property insured?**

        ☐ No

        ☐ Yes. Insurance agency _____

            Contact name _____

            Phone _____

---

### ▮ Statistical and administrative information

---

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    Viridis Chemical, LLC        Case number (if known)_____
      Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3 / 8 / 2026
           MM / DD / YYYY

✘ _/s/ Patrick D. Killian_            Patrick D. Killian
Signature of authorized representative of debtor       Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

✘ _/s/ Paul E. Heath_       Date   3 / 8 / 2026
Signature of attorney for debtor           MM / DD / YYYY

Paul E. Heath
Printed name
Vinson & Elkins LLP
Firm name
845 Texas Avenue, Suite 4700
Number     Street
Houston          TX     77002
City            State    ZIP Code
713.758.2222          pheath@velaw.com
Contact phone          Email address

09355050          TX
Bar number          State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 26-[_____] |
| | § | |
| **VIRIDIS CHEMICAL, LLC,** *et al.*, | § | (Chapter 11) |
| | § | |
| Debtors.[1] | § | (Joint Administration Requested) |

**Rider 1**

**Pending Bankruptcy Cases**
**Filed by the Debtor and Affiliates of the Debtor in the**
**United States Bankruptcy Court for the Southern District of Texas on the Date Hereof**

| |
|---|
| Viridis Chemical, LLC |
| Viridis Chemical Payroll Holdings, LLC |
| Viridis Chemical Payroll, LLC |
| Viridis Chemical NE Asset Co 1, LLC |
| Viridis Chemical NE Asset Co 2, LLC |

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Viridis Chemical, LLC (0523); Viridis Chemical Payroll Holdings, LLC (2597); Viridis Chemical Payroll, LLC (4042); Viridis Chemical NE Asset Co 1, LLC (6489); and Viridis Chemical NE Asset Co 2, LLC (0436).  The location of the Debtors' corporate headquarters and the Debtors' service address is: 4582 Kingwood Drive, Suite E #152, Kingwood, Texas 77345.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 26-[_____] |
| | § | |
| **VIRIDIS CHEMICAL, LLC,** *et al.*, | § | (Chapter 11) |
| | § | |
| Debtors.[1] | § | (Joint Administration Requested) |

**Rider 2**

**Real Property or Personal Property that Needs Immediate Attention**

Question 12, among other things, asks debtors to identify any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

The above-captioned debtor and its affiliated debtors (collectively, the "***Company***") are a manufacturing company specializing in the production of ethyl acetate. The Company does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety. The Company notes that it is not aware of any definition of "imminent and identifiable" harm as used in this form.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Viridis Chemical, LLC (0523); Viridis Chemical Payroll Holdings, LLC (2597); Viridis Chemical Payroll, LLC (4042); Viridis Chemical NE Asset Co 1, LLC (6489); and Viridis Chemical NE Asset Co 2, LLC (0436). The location of the Debtors' corporate headquarters and the Debtors' service address is: 4582 Kingwood Drive, Suite E #152, Kingwood, Texas 77345.

**VIRIDIS CHEMICAL, LLC**
**VIRIDIS CHEMICAL PAYROLL HOLDINGS, LLC**
**VIRIDIS CHEMICAL PAYROLL, LLC**
**VIRIDIS CHEMICAL NE ASSET CO 1, LLC**
**VIRIDIS CHEMICAL NE ASSET CO 2, LLC**

**Written Consent of Managers and Members**

**March 8, 2026**

The undersigned, constituting all of the members of each Consenting Body (as defined below), hereby take the following actions by unanimous written consent of such Consenting Body without a meeting pursuant to (a) the organizational documents of each Company and (b) Section 18-302(d) and 18-404(d) of the Delaware Limited Liability Company Act.

**WHEREAS,** (a) all of the members of the board of managers of Viridis Chemical, LLC, a Delaware limited liability company ("***Viridis Chemical***"); (b) the board of managers of Viridis Chemical in its capacity as the sole member of each of Viridis Chemical Payroll Holdings, LLC, a Delaware limited liability company ("***Viridis Payroll Holdings***"), Viridis Chemical NE Asset Co 1, LLC, a Delaware limited liability company ("***Viridis Asset Co 1***"), and Viridis Chemical NE Asset Co 2, LLC, a Delaware limited liability company ("***Viridis Asset Co 2***"); and (c) the managing member of Viridis Chemical Payroll, LLC, a Delaware limited liability company ("***Viridis Payroll***," together with Viridis Chemical, Viridis Payroll Holdings, Viridis Asset Co 1, and Viridis Asset Co 2, collectively, the "***Companies***") (being Viridis Payroll Holdings) (the governing bodies set forth in (a) through (c) collectively, the "***Consenting Bodies***") hereby authorize and approve, in all respects, the adoption of the following resolutions set forth in this written consent.

**WHEREAS**, the Consenting Bodies have studied and considered the financial condition of the Companies, including the Companies' immediate liquidity needs, liabilities, contractual obligations, the short-term and long-term prospects available to the Companies, the strategic alternatives available to the Companies and the related circumstances and situation, including the current and reasonably foreseeable future conditions of the industry in which the Companies operate;

**WHEREAS**, the Consenting Bodies have consulted with the Companies' financial and legal advisors and considered a variety of strategic alternatives available to the Companies;

**WHEREAS**, the Consenting Bodies have determined that it is advisable and in the best interests of each Company to (i) file for immediate protection under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") and (ii) file or cause to be filed voluntary petitions for relief (the "***Chapter 11 Petitions***," and the cases commenced thereby, the "***Chapter 11 Cases***") pursuant to chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, or another appropriate court (the "***U.S. Bankruptcy Court***"), and any and all documents necessary or convenient to effect, cause, or to promote the Chapter 11 Cases;

**WHEREAS**, pursuant to a unanimous written consent duly adopted on February 2, 2026, the board of managers of Viridis Chemical established a special committee (the "***Special Committee***") for the purposes of, among other things, (i) engaging in an evaluation of potential strategic alternatives to address the Companies' outstanding funded indebtedness and balance sheet and making recommendations to the board of Viridis Chemical and (ii) considering and authorizing certain conflict matters;

**WHEREAS**, the Special Committee has reviewed and considered the need for the Chapter 11 Cases and has (x) determined that it is advisable, fair to, and in the best interests of the Companies to approve the filing of the Chapter 11 Cases and (y) recommended that the Consenting Bodies pursue, adopt and approve the filing of the Chapter 11 Cases; and

**WHEREAS**, after review of (i) the financial condition of the Companies, the current and reasonably foreseeable future conditions of the industry in which the Companies operate, the outlook for the Companies' businesses and the other alternatives available to the Companies, (ii) the liquidity position of the Companies, and (iii) such other considerations as the Consenting Bodies deem relevant, the Consenting Bodies, following consultation with the financial and legal advisors to the Companies, have determined that it is advisable and in the best interests of each Company to pursue the Chapter 11 Cases, as approved in this written consent.

***Authorized Signatory***

**NOW, THEREFORE, BE IT RESOLVED,** that each of the individuals set forth below be, and each of them hereby is, elected and confirmed to the office of the applicable Company set forth opposite the name of such individual, to serve in accordance with applicable law and the organizational documents of such Company, each as may be amended from time to time, until his or her respective successor is appointed and qualified or until his or her earlier resignation, death, or removal; and that all acts and deeds taken by each such individual in such capacity prior to the date hereof that are within the authority conferred upon such officers pursuant to applicable law

and the respective organizational documents, as applicable, of such Company, each as may be amended from time to time, are hereby approved, ratified, and confirmed in all respects.

| Company | Name of Officer | Title |
| --- | --- | --- |
| Viridis Chemical Payroll Holdings, LLC | Patrick Killian | Authorized Signatory |
| | Mark Barta | Authorized Signatory |
| Viridis Chemical Payroll, LLC | Patrick Killian | Authorized Signatory |
| | Mark Barta | Authorized Signatory |
| Viridis Chemical NE Asset Co 1, LLC | Patrick Killian | Authorized Signatory |
| | Mark Barta | Authorized Signatory |
| Viridis Chemical NE Asset Co 2, LLC | Patrick Killian | Authorized Signatory |
| | Mark Barta | Authorized Signatory |

### *Chapter 11 Filing*

**FURTHER RESOLVED**, that each Consenting Body hereby determines that it is advisable and in the best interest of the respective Company to file the Chapter 11 Petitions pursuant to chapter 11 of the Bankruptcy Code with the U.S. Bankruptcy Court;

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes each respective Company to file or cause to be filed the Chapter 11 Petitions pursuant to chapter 11 of the Bankruptcy Code with the U.S. Bankruptcy Court;

**FURTHER RESOLVED,** that each Consenting Body hereby authorizes and empowers each duly appointed manager or officer of each Company, including each Authorized Signatory appointed above, (each an "***Authorized Officer***" and, collectively, the "***Authorized Officers***"), to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court on behalf of each Company, the Chapter 11 Petitions, in such form as prescribed by the official forms promulgated pursuant to the Bankruptcy Code;

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes and empowers each Authorized Officer to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court all papers, motions, applications, schedules, and pleadings necessary, appropriate, or convenient to facilitate the Chapter 11 Cases and all of its matters and proceedings, and any and all other documents necessary, appropriate, or convenient in connection with the commencement or prosecution of the Chapter 11 Cases, each in such form or forms as the Authorized Officer may approve, and subject to further Consenting Body approvals as the Companies and their counsel determine to be appropriate under the circumstances;

*Retention of Professionals*

**FURTHER RESOLVED**, that each Consenting Body hereby approves the Companies' engagement of Vinson & Elkins L.L.P. ("***V&E***") as general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, including filings and pleadings, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage V&E for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of V&E;

**FURTHER RESOLVED**, that the Consenting Bodies hereby approve the Companies' engagement of Carl Marks Advisory Group, LLC ("***CMA***") as investment banker and financial advisors to represent and assist the Companies in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage CMA for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of CMA;

**FURTHER RESOLVED**, that each Consenting Body hereby approves the Companies' engagement of Epiq Corporate Restructuring, LLC ("***Epiq***") as notice, claims, and solicitation agent to represent and assist the Companies in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, is hereby approved, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage Epiq for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Epiq;

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes and empowers each Authorized Officer to employ any other professionals to assist the Companies in carrying out their duties under the Bankruptcy Code; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

*General*

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes and empowers each Authorized Officer, on behalf of each Company, to certify and attest to any documents that he or she may deem necessary, appropriate, or convenient to consummate any transactions necessary to effectuate the foregoing resolutions; *provided*, such attestation shall not be required for the validity of any such documents;

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken by the Authorized Officers, or any of them, within the foregoing resolutions, are, and each of them is, hereby ratified, confirmed and approved;

**FURTHER RESOLVED**, that the Authorized Officers are, and each of them is, hereby authorized and empowered in the name and on behalf of each Company, to execute and deliver such agreements, instruments and documents, and to take or cause to be taken such other actions, as such Authorized Officer or Authorized Officers may determine to be necessary or advisable to implement the purposes and intent of the foregoing resolutions; each such agreement, instrument and document to be in such form and to contain such terms and conditions, consistent with the foregoing resolutions, as such Authorized Officer or Authorized Officers executing the same may approve, the execution and delivery of any such agreement, instrument or document by any such Authorized Officer or the taking of such action to be conclusive evidence of such authorization and approval;

**FURTHER RESOLVED**, that this consent may be executed and delivered by facsimile, .pdf or other electronic means, and such execution shall be considered valid, binding and effective for all purposes; and

**FURTHER RESOLVED**, that this consent may be executed and delivered in one or more counterparts, all of which taken together shall be considered to be one and the same written consent.

*[The remainder of this page is intentionally blank.]*

4905-0648-3345

IN WITNESS WHEREOF, the undersigned have executed this written consent to be effective as of the date first written above.

BOARD OF MANAGERS OF
VIRIDIS CHEMICAL, LLC

Patrick Killian

Patricia Melcher

Luke Anderson

Alisha Adatia

Mark McDermott

**SOLE MEMBER OF**
**VIRIDIS CHEMICAL PAYROLL HOLDINGS,**
**LLC:**

Viridis Chemical, LLC

By: Its Board of Managers:

_____
Patrick Killian

_____
Patricia Melcher

_____
Luke Anderson

_____
Alisha Adatia

_____
Mark McDermott

[Signature page to Omnibus Written Consent]

**SOLE MEMBER OF**
**VIRIDIS CHEMICAL NE ASSET CO 1, LLC**

Viridis Chemical, LLC

By: Its Board of Managers:

_____
Patrick Killian

_____
Patricia Melcher

_____
Luke Anderson

_____
Alisha Adatia

_____
Mark McDermott

[Signature page to Omnibus Written Consent]

**SOLE MEMBER OF**
**VIRIDIS CHEMICAL NE ASSET CO 2, LLC**

Viridis Chemical, LLC

By: Its Board of Managers:

_____
Patrick Killian

_____
Patricia Melcher

_____
Luke Anderson

_____
Alisha Adatia

_____
Mark McDermott

[Signature page to Omnibus Written Consent]

**MANAGING MEMBER OF**
**VIRIDIS CHEMICAL PAYROLL, LLC**

Viridis Chemical Payroll Holdings, LLC

By: The Board of Managers of Viridis Chemical, LLC, the sole member of Viridis Chemical Payroll Holdings, LLC:

_____
Patrick Killian

_____
Patricia Melcher

_____
Luke Anderson

_____
Alisha Adatia

_____
Mark McDermott

[Signature page to Omnibus Written Consent]

| Fill in this information to identify the case: |
| --- |
| Debtor Name:   Viridis Chemical, LLC, et al. |
| United States Bankruptcy Court for the:      Southern District of Texas |
| Case Number (If known): |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PRAJ INDUSTRIES LIMITED SARATH NAIR PRAJ TOWER, S. NO. 274 & 275/2, BHUMKAR CHOWK-HINJEWADI ROAD HINJEWADI PUNE  411057  INDIA | PHONE: +91 7767 808816 SARATHNAIR@PRAJ.NET | TRADE CLAIM | | | | $353,899.00 |
| 2 | REYNOLDS IDC PATRICK REYNOLDS 16023 E. FWY STE 45 CHANNELVIEW, TX  77530 | PATRICKR@REYNOLDSIDC.COM | TRADE CLAIM | | | | $275,815.78 |
| 3 | FUSION BOILER WORKS, INC. 3302, 16201 FORT ST 8 OMAHA, NE  68116 | RANDY@FUSIONBOILERWORKS.COM | TRADE CLAIM | | | | $156,711.00 |
| 4 | WINBCO TANK COMPANY MARK MILDER (CONTROLLER) PO BOX 618 OTTUMWA, IA  52501 | PHONE: 641-683-1855 MARKMILDER@WINBCO.COM | TRADE CLAIM | | | | $142,980.00 |
| 5 | CENTRAL STATES GROUP ANDREW MARSH (CONTROLLER) PO BOX 411832 KANSAS CITY, MO  64141-1832 | PHONE: (402) 861-2371 AMARSH@CENTRALSTATESGROUP.COM | TRADE CLAIM | | | | $100,515.06 |
| 6 | THE PIPCO COMPANIES, LTD AMBER FISHER (CONTRACTS MGR) / KAREN SHADID (CONTROLLER) 1409 W. ALTORFER DRIVE PEORIA, IL  61615 | PHONE: 309-692-0030 AMBERF@PIPCO-CO.COM | TRADE CLAIM | | | | $91,320.00 |

Debtor: Viridis Chemical, LLC, et al.                    Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   ARCHER DANIELS MIDLAND CO COLIN GRAVES P.O. BOX 92572 CHICAGO, IL  60675-2572 | COLIN.GRAVES@ADM.COM | CONTRACT / CAPITAL RECOVERY | | | | $82,500.00 |
| 8   JMS SOUTHEAST, INC. TONI FERUSON (AR ADMIN) / MITCH JOHNSON (PRESIDENT/OWNER) 105 TEMPERATURE LANE STATESVILLE, NC  28677 | PHONE: 704-873-1835 AR@JMS-SE.COM | TRADE CLAIM | | | | $49,389.15 |
| 9   CONTROL INSTRUMENTS CORPORATION 25 LAW DRIVE SUITE 1 FAIRFIELD, NJ  07004 | PHONE: 973-575-9114 SALES@CONTROLINSTRUMENTS.COM | TRADE CLAIM | | | | $41,864.74 |
| 10   MIDWEST ENGINEERING & ASSOCIATES FEHR GRAHAM & ASSOCIATES, LLC COURTNEY ALLYN / TODD SHANKLAND (CFO) 101 W. STEPHENSON ST FREEPORT, IL  61032 | PHONE: 309-222-8584 / 815-990-6235 COURTNEY.ALLYN@FEHRGRAHAM.COM | TRADE CLAIM | | | | $33,775.01 |
| 11   RELIABILITY ENGINEERING, LLC JOE DEXTER (OWNER) 1398 ORNSBY ROAD CENTRAL CITY, NE  68826 | PHONE: 402-819-2239 DEXTER@RELIABILITYENGINEERINGLLC.COM | TRADE CLAIM | | | | $29,000.00 |
| 12   PIPING RESOURCES, INC. PAUL BECKENHAUER 4502 F ST. OMAHA, NE  68117 | PHONE: 402-277-6736 PBECKENHAUER@PIPINGRESOURCES.COM | TRADE CLAIM | | | | $26,336.90 |
| 13   ENDRESSHAUSER, INC. ZACH NADEAU DEPT 78795 PO BOX 78000 DETROIT, MI  48278-0795 | PHONE: 317.439.5269 ZACH.NADEAU@ENDRESS.COM | TRADE CLAIM | | | | $26,011.17 |
| 14   NOVASPECT, INC. RHONDA BUNTE PO BOX 7621 CAROL STREAM, IL  60197-7621 | PHONE: 641-844-5187 RBUNTE@NOVASPECT.COM | TRADE CLAIM | | | | $25,735.44 |
| 15   CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC/RENSENHOUSE GARRETT WHITTEN PO BOX 850658 MINNEAPOLIS, MN  55485-0658 | PHONE: 402-564-9494 (W); 816-535-7313 © GARRETT.WHITTEN@RENSENHOUSE.COM | TRADE CLAIM | | | | $20,814.67 |
| 16   PROFLOW PUMPING SOLUTIONS HOWARD SAUBERT PO BOX 208 POSEN, IL  60469 | PHONE: 708-272-1800 HOWARD.SAUBERT@PROFLOW96.COM | TRADE CLAIM | | | | $19,176.87 |
| 17   MERIT MECHANICAL DERRICK HOPPER (ACCOUNT MANAGER) 308 E MCCLURE BARTONVILLE, IL  61607 | PHONE: 309-696-4552 DERRICK@MERITMECHANICALSERVICE.COM | TRADE CLAIM | | | | $16,700.00 |

Debtor: Viridis Chemical, LLC, et al.

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 ALLIED INSTRUMENTATION SARAH THUENEN PO BOX 18596 PALATINE, IL 60055-8596 | PHONE: 563.359.0365 SARAH.THUENEN@ALLIEDVALVE.COM | TRADE CLAIM | | | | $12,212.00 |
| 19 DRACO MECHANICAL SUPPLY, INC. KEVIN KAGAY / CAITLYN 8029 LITZSINGER RD. SAINT LOUIS, MO 63144 | PHONE: 800-732-5669 / 314-388-7670 X100 KEVINK@DRACOMECH.COM | TRADE CLAIM | | | | $10,126.92 |
| 20 VEGA AMERICAS, INC ACCOUNTS RECEIVABLE PO BOX 640162 CINCINNATI, OH 45264-0162 | PHONE: 513-272-4227 ACCOUNTS.RECEIVABLE.US@VEGA.COM | TRADE CLAIM | | | | $8,293.59 |
| 21 EMERSON LLLP PAULINE ROSE MORALES 1100 W LOUIS HENNA BLVD ROUND ROCK, TX 78681 | PAULINEROSE.MORALES@EMERSON.COM | TRADE CLAIM | | | | $8,276.89 |
| 22 METTLER-TOLEDO, LLC PROCESS ANALYTICS ADITYA BHADANGE 900 MIDDLESEX TURNPIKE, BLDG 8 BILLERICA, MA 01821 | PHONE: 930-200-1101 ADITYA.BHADANGE@MT.COM | TRADE CLAIM | | | | $6,068.43 |
| 23 RAMBOLL AMERICAS ENGINEERING SOLUTIONS, INC 333 WEST WACKER DRIVE CHICAGO, IL 60606 | RECEIVABLE@RAMBOLL.COM | TRADE CLAIM | | | | $5,530.00 |
| 24 LINDE, INC. ERIC ALDAY PO BOX 91385 CHICAGO, IL 60693-1385 | PHONE: 219-802-6913 ERIC.ALDAY@LINDE.COM | TRADE CLAIM | | | | $5,264.70 |
| 25 ENPRO INCORPORATED DOUG MOSER 75 REMITTANCE DRIVE SUITE 1270 CHICAGO, IL 60675-1270 | PHONE: 309-251-2914 DOUG_MOSER@ENPROINC.COM | TRADE CLAIM | | | | $4,801.13 |
| 26 PROTECT, LLC STEVE STUCKY 15440 W 109TH STREET LENEXA, KS 66219 | PHONE: 316-202-7036 STEVE.STUCKY@PROTECT.LLC | TRADE CLAIM | | | | $3,867.99 |
| 27 RHENUS PROJECT LOGISTICS USA, LLC ALFONSO ORTIZ 299 BROADWAY SUITE 1815 NEW YORK, NY 10007 | PHONE: 832.830.3711 ALFONSO.ORTIZ@RHENUS.COM | TRADE CLAIM | | | | $3,828.90 |
| 28 FASTENAL COMPANY TABBITHA MAKENNA P.O. BOX 978 WINONA, MN 55987-0978 | PHONE: 866.880.3278 CSQARCUSTOMERSUPPORT@FASTENAL.COM | TRADE CLAIM | | | | $3,149.25 |
| 29 SPX TECHNOLOGIES, INC 7401 W. 129TH STREET OVERLAND PARK, KS 66213 | PHONE: 913-664-7401 ANOOSHFAR.FARBOD@SPX.COM | TRADE CLAIM | | | | $2,500.00 |
| 30 CINTAS CORPORATIONS NO 2 PO BOX 88005 CHICAGO, IL 60680-1005 | HANSENM@CINTAS.COM | TRADE CLAIM | | | | $2,461.98 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Case No. 26-[_____] |
| | § | |
| **VIRIDIS CHEMICAL, LLC,** *et al.***,** | § | **(Chapter 11)** |
| | § | |
| **Debtors.** | § | |
| | § | |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007(A)(1) AND 7007.1

Pursuant to the Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the following are all of the ownership interests in Viridis Chemical, LLC ("***Viridis***") and its affiliated debtors, who are each debtors and debtors in possession in the above-captioned cases (collectively, the "***Debtors***").  Viridis, on behalf of itself and the Debtors, hereby states as follows:

1.    The following corporations, other than the debtor or a governmental unit, directly own 10% or more of any class of the equity interests of Viridis.

| Corporate Equity Holder(s) | Address of Corporate Equity Holder(s) | Percentage of Common Equity Held | Percentage of Preferred Equity Held |
|---|---|---|---|
| EIV Viridis Chemical, LLC | 910 Louisiana Street, Suite 4010 Houston, Texas 77002 | 87.982% | 92.915% |
| IFG Viridis Partners, LLC | 125 Stuyvesant Avenue Rye, New York 10580 | 11.998% | 7.085% |

2.    Viridis owns 100% of the equity interests of the following entities:

    a.    Viridis Chemical Payroll Holdings, LLC

    b.    Viridis Chemical NE Asset Co 1, LLC

    c.    Viridis Chemical NE Asset Co 2, LLC

3.    Viridis owns 99% of the equity interests of Viridis Chemical Payroll, LLC.

Viridis Chemical Payroll Holdings, LLC owns 1% of Viridis Chemical Payroll, LLC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 26-[_____] |
| | § | |
| **VIRIDIS CHEMICAL, LLC,** *et al.*, | § | (Chapter 11) |
| | § | |
| Debtors. | § | |
| | § | |

## LIST OF EQUITY SECURITY HOLDERS PURSUANT
## TO FED. R. BANKR. P. 1007(a)(3)

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following list identifies all known holders having a direct or indirect ownership interest of the above captioned debtor in possession.  All equity positions indicate the record holder of such equity as of the date of commencement of these chapter 11 cases.

| Corporate Equity Holder(s) | Address of Corporate Equity Holder(s) | Percentage of Common Equity Held | Percentage of Preferred Equity Held |
|---|---|---|---|
| EIV Viridis Chemical, LLC | 910 Louisiana Street, Suite 4010 Houston, Texas 77002 | 87.982% | 92.915% |
| IFG Viridis Partners, LLC | 125 Stuyvesant Avenue Rye, New York 10580 | 11.998% | 7.085% |
| Patrick D. Killian | 12995 Tradd Street Carmel, IN 46032 | 0.020% | 0% |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Viridis Chemical, LLC___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration___All statements and riders attached hereto.___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/8/2026___          ✗ ___/s/ Patrick D. Killian___
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                 ___Patrick D. Killian___
                                 Printed name

                                 ___Chief Executive Officer___
                                 Position or relationship to debtor