IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 26-90393 (CML) |
| | § | |
| VIRIDIS CHEMICAL, LLC, *et al.*, | § | (Chapter 11) |
| | § | |
| Debtors.[1] | § | (Joint Administration Requested) |
| | § | |

NOTICE OF FILING OF FIRST DAY
MOTIONS AND EMERGENCY ELECTRONIC HEARING

**PLEASE TAKE NOTICE** that on March 8, 2026, the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") filed, and seek relief from the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Court***") on an emergency basis, the following motions (collectively, the "***First Day Motions***"):

1. Emergency Motion for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2];

2. Notice of Designation as Complex Chapter 11 Bankruptcy Cases [Docket No. 3];

3. Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4];

4. Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 6];

5. Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue Using Existing Checks and Business Forms, (C) Maintain Their Corporate Card Program, and (D) Continue Intercompany Transactions, and (II) Granting Related Relief [Docket No. 7];

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Viridis Chemical, LLC (0523); Viridis Chemical Payroll Holdings, LLC (2597); Viridis Chemical Payroll, LLC (4042); Viridis Chemical NE Asset Co 1, LLC (6489); and Viridis Chemical NE Asset Co 2, LLC (0436). The location of the Debtors' corporate headquarters and the Debtors' service address is: 4582 Kingwood Drive, Suite E #152, Kingwood, Texas 77345.

6. Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Coverage on a Postpetition Basis in the Ordinary Course; and (II) Granting Related Relief [Docket No. 8];

7. Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 9];

8. Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix; (B) File a Consolidated List of the 30 Largest Unsecured Creditors; and (C) Redact Certain Personal Identification Information; (II) Approving Form and Manner of Notice of Commencement; and (III) Granting Related Relief [Docket No. 10];

9. Emergency Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs [Docket No. 11]; and

10. Emergency Motion for Entry of Interim And Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 14].

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled an emergency hearing on the First Day Motions at 4:00 p.m. (Central Time) on March 9, 2026, before the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division.  This hearing will be conducted electronically with counsel for the Debtors and all witnesses appearing remotely through the two electronic conference systems—one audio system and one video system—authorized by the Court:  If you want to both see the documents and exhibits as presented to the Court and hear the proceeding you should be 1) dialed in through the audio system, and 2) logged into the Court's video via GoToMeeting.

**Audio Communication**

Audio communication will be by use of the Court's regular dial-in number.  The dial-in number is **832-917-1510**.  You will be responsible for your own long-distance charges.  You will

be asked to key in the conference room number.  Judge Lopez's conference code number is 590153.

Parties are encouraged to review the Court's procedures for telephonic appearances located at: https://www.txs.uscourts.gov/sites/txs/files/Lopez%20Court%20Procedures.pdf.

Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to each hearing by audio communication.  Any person wishing to observe the proceeding may also dial in to the audio conference dial-in number.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**Video Communication:**

Evidence and demonstrative exhibits will be offered by the Debtors from a remote location and will be accessible to parties who access the Court's video via GoToMeeting.  Parties may participate in electronic hearings by use of an internet connection.  The internet site is www.gotomeeting.com.  Once connected to GoToMeeting, a participant should enter the meeting code.  The code for joining this hearing before Judge Lopez is "JudgeLopez".

Witnesses presented by the Debtors will appear via audio and video connection.  Any person wishing to examine the witness will be permitted to do so during the hearing via audio and/or video, subject to approval of the Court.

**Electronic Appearances**

Hearing appearances should be made electronically and in advance of the hearing.  You may make your electronic appearance by:

1. Going to Judge Lopez's home page at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez;

2. Under "Electronic Appearance" selecting "Click here to submit Electronic Appearance;"

3. Selecting in Viridis Chemical, LLC, et al. from the list of electronic appearance links; and

4. After selecting Viridis Chemical, LLC, et al. from the list, completing the required fields and hitting the "Submit" button at the bottom of the page.

Submitting your appearance electronically in advance of the hearing will negate the need to make an appearance on the record at the hearing.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein, and can also be downloaded free of charge from the website of the Debtors' proposed claims and noticing agent, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/ViridisChemical.

Dated: March 8, 2026
Houston, Texas

*/s/  Matthew D. Struble*
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Abigail Emery (TX 24133039)
845 Texas Avenue, Suite 4700
Houston, TX 77002
Tel: 713.758.2222
Fax: 713.758.2346
Email: pheath@velaw.com
          aemery@velaw.com

-and-

Matthew D. Struble (TX 24102544)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
Email: mstruble@velaw.com

-and-

George R. Howard (*pro hac vice* pending)
Emily C. Jungwirth (*pro hac vice* pending)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel:  212.237.0000
Fax:  212.237.0100
Email: ghoward@velaw.com
          ejungwirth@velaw.com

**Proposed Counsel to the Debtors and Debtors in Possession**

## **CERTIFICATE OF SERVICE**

      I certify that on March 8, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    */s/ Matthew D. Struble*
                                                    One of Counsel