IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 26-90393 (CML) |
| | § | |
| **VIRIDIS CHEMICAL, LLC,** *et al.*, | § | (Chapter 11) |
| | § | |
| Debtors.[1] | § | (Joint Administration Requested) |
| | § | |

### AGENDA FOR FIRST DAY HEARINGS ON EMERGENCY MOTIONS ON MARCH 9, 2026, AT 4:00 P.M. (CENTRAL TIME)

**PLEASE TAKE NOTICE** of the status and proposed disposition of the following matters set for hearing on March 9, 2026 at 4:00 P.M. (Central Time):

1. **Emergency Motion for Entry of Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2]**

   Related Documents
   a. Declaration of Patrick D. Killian in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 5];
   b. The Debtors' Witness and Exhibit List for March 9, 2026 Emergency First Day Hearing [Docket No. 18].

   Status: Going forward on March 9, 2026 at 4:00 P.M. (Central Time).

2. **Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4]**

   Related Documents
   a. Declaration of Patrick D. Killian in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 5];
   b. The Debtors' Witness and Exhibit List for March 9, 2026 Emergency First Day Hearing [Docket No. 18].

   Status: Going forward on March 9, 2026 at 4:00 P.M. (Central Time).

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Viridis Chemical, LLC (0523); Viridis Chemical Payroll Holdings, LLC (2597); Viridis Chemical Payroll, LLC (4042); Viridis Chemical NE Asset Co 1, LLC (6489); and Viridis Chemical NE Asset Co 2, LLC (0436). The location of the Debtors' corporate headquarters and the Debtors' service address is: 4582 Kingwood Drive, Suite E #152, Kingwood, Texas 77345.

1

3. **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 14]**

   Related Documents
   a. Declaration of Patrick D. Killian in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 5];
   b. The Debtors' Witness and Exhibit List for March 9, 2026 Emergency First Day Hearing [Docket No. 18].

   Status: Going forward on March 9, 2026 at 4:00 P.M. (Central Time).

4. **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 6]**

   Related Documents
   a. Declaration of Patrick D. Killian in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 5];
   b. The Debtors' Witness and Exhibit List for March 9, 2026 Emergency First Day Hearing [Docket No. 18].

   Status: Going forward on March 9, 2026 at 4:00 P.M. (Central Time).

5. **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue Using Existing Checks and Business Forms, (C) Maintain Their Corporate Card Program, and (D) Continue Intercompany Transactions, and (II) Granting Related Relief [Docket No. 7]**

   Related Documents
   a. Declaration of Patrick D. Killian in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 5];
   b. The Debtors' Witness and Exhibit List for March 9, 2026 Emergency First Day Hearing [Docket No. 18].

   Status: Going forward on March 9, 2026 at 4:00 P.M. (Central Time).

6. **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto; and (B) Renew, Amend, Supplement, Extend, or Purchase Coverage on a Postpetition Basis in the Ordinary Course; and (II) Granting Related Relief [Docket No. 8]**

    Related Documents
    a. Declaration of Patrick D. Killian in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 5];
    b. The Debtors' Witness and Exhibit List for March 9, 2026 Emergency First Day Hearing [Docket No. 18].

    Status: Going forward on March 9, 2026 at 4:00 P.M. (Central Time).

7. **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 9]**

    Related Documents
    a. Declaration of Patrick D. Killian in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 5];
    b. The Debtors' Witness and Exhibit List for March 9, 2026 Emergency First Day Hearing [Docket No. 18].

    Status: Going forward on March 9, 2026 at 4:00 P.M. (Central Time).

8. **Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix; (B) File a Consolidated List of the 30 Largest Unsecured Creditors; and (C) Redact Certain Personal Identification Information; (II) Approving Form and Manner of Notice of Commencement; and (III) Granting Related Relief [Docket No. 10]**

    Related Documents
    a. Declaration of Patrick D. Killian in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 5];
    b. The Debtors' Witness and Exhibit List for March 9, 2026 Emergency First Day Hearing [Docket No. 18].

    Status: Going forward on March 9, 2026 at 4:00 P.M. (Central Time).

9. **Emergency Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs [Docket No. 11]**

    Related Documents
    a. Declaration of Patrick D. Killian in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 5];

    b. The Debtors' Witness and Exhibit List for March 9, 2026 Emergency First Day Hearing [Docket No. 18].

<u>Status</u>: Going forward on March 9, 2026 at 4:00 P.M. (Central Time).

*[Remainder of page intentionally left blank]*

4913-0069-8772

Dated: March 8, 2026
Houston, Texas

*/s/ Matthew D. Struble*
**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
Abigail R. Emery (TX 24133039)
845 Texas Avenue, Suite 4700
Houston, TX 77002
Tel: 713.758.2222
Fax: 713.758.2346
Email: pheath@velaw.com
         aemery@velaw.com

-and-

Matthew D. Struble (TX 24102544)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel:  214.220.7700
Fax: 214.220.7716
Email: mstruble@velaw.com

-and-

George R. Howard (*pro hac vice* pending)
Emily C. Jungwirth (*pro hac vice* pending)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel:  212.237.0000
Fax:  212.237.0100
Email: ghoward@velaw.com
         ejungwirth@velaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

4913-0069-8772

**CERTIFICATE OF SERVICE**

  I certify that on March 8, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

               */s/ Matthew D. Struble*
               One of Counsel